## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:14-CV-312-GCM

|  |  |  |
|---|---|---|
| | ) | |
| **PLAYVISION LABS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NINTENDO OF AMERICA, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John Whitman Crittenden,** filed July 11, 2014 [doc. # 8].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Crittenden is admitted to appear before this court *pro hac vice* on behalf of defendant, Nintendo of America, Inc..

      **IT IS SO ORDERED.**

Signed: July 14, 2014

Graham C. Mullen
United States District Judge