IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-312-GCM

| | | |
|---|---|---|
| **PLAYVISION LABS, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NINTENDO OF AMERICA, INC.,** | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Chantal Z. Hwang,** filed July 11, 2014 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Hwang is admitted to appear before this court *pro hac vice* on behalf of defendant, Nintendo of America, Inc..

**IT IS SO ORDERED.**

Signed: July 14, 2014

Graham C. Mullen
United States District Judge