UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYVISION LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NINTENDO OF AMERICA INC.,<br><br>　　　　Defendant. | Case No.  14-cv-05365-CRB<br><br>**ORDER OF DISMISSAL** |

　　　　The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within thirty (30) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

　　　　If no certification is filed, after passage of thirty (30) days, the dismissal shall be **with** prejudice.

Dated: September 15, 2015

_____
CHARLES R. BREYER
United States District Judge